IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

SSCP MANAGEMENT, INC.;
and ATHR MANAGEMENT COMPANY, INC.,

     Plaintiffs,

v.

UNITED STATES SMALL BUSINESS
ADMINISTRATION; ISABELLA
CASILLAS GUZMAN, in her official
capacity as Administrator of the Small
Business Administration,

     Defendants.

Civil Action No. 3:22-CV-02807-X

---

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This case arises out of an administrative decision by the Small Business Association denying Plaintiffs SSCP Management, Inc. and ATHR Management Company, Inc.'s applications for loan forgiveness under the CARES Act. Plaintiffs have sued the defendants pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. § 706 *et seq.* The Defendants now move for summary judgment against all claims and causes of action asserted by Plaintiffs. Pursuant to Local Civil Rule 56.3(b), each of the matters required by Local Civil Rule 56.3(a) is set forth in the accompanying brief. For the reasons given therein and based also on the supporting materials submitted in the administrative record, defendants request that summary judgment be granted in their favor, that this action be dismissed with prejudice, and that all costs be taxed against Plaintiffs.

Dated:  October 30, 2023


Of Counsel:

JAMES J. GILLIGAN
*Special Litigation Counsel*

INDRANEEL SUR
*Trial Attorney*
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C.  20044

Phone:    (202) 514-8488
Fax No.: (202) 616-8470
Indraneel.Sur@usdoj.gov

LEIGHA SIMONTON
*United States Attorney*

Tami C. Parker
*Assistant United States Attorney*
Burnett Plaza, Suite 1700
801 Cherry Street, Unit # 4
Fort Worth, TX 76102-6882
Texas Bar No. 24003946
Telephone: 817-252-5200
Facsimile:  817-252-5458
E-mail: tami.parker@usdoj.gov

*Attorney for Defendants*

2

**CERTIFICATE OF SERVICE**

On October 30, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ *Tami C. Parker*
Tami C. Parker
*Assistant United States Attorney*