IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SSCP MANAGEMENT, INC.;<br>and ATHR MANAGEMENT COMPANY,<br>INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES SMALL BUSINESS<br>ADMINISTRATION; ISABELLA<br>CASILLAS GUZMAN, in her official<br>capacity as Administrator of the Small<br>Business Administration,<br><br>    Defendants. | Civil Action No. 3:22-CV-02807-X |

**DEFENDANTS' OPPOSITION TO
PLAINTIFFS' SUMMARY JUDGMENT MOTION**

Defendants, the United States Small Business Administration and Isabella Casillas Guzman, in her official capacity as Administrator of the Small Business Administration, respectfully oppose Plaintiffs SSCP Management, Inc. and ATHR Management Company, Inc's, motion summary judgment. (ECF Nos. 27-28.) Plaintiffs, relying on isolated provisions of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act, seeks to have this Court undermine the CARES Act by precluding the SBA from using its auditing, investigative, and other statutory authorities and responsibilities to protect the fiscal integrity of its government-backed loan programs. Plaintiffs' claims are not supported by the statutory text or structure of the CARES Act.

Pursuant to local civil rule 56.3(b), each of the matters required by local civil rule 56.3(a) is set forth in the Defendants' accompanying brief. For the reasons given therein, Defendants request that Plaintiffs' motion for summary judgment be denied. Instead, this Court should grant Defendants' motion for summary judgment (ECF Nos. 29-30) and dismiss Plaintiffs' complaint in its entirety.

Dated:  December 5, 2023                          Respectfully submitted,

                                                 LEIGHA SIMONTON
                                                 UNITED STATES ATTORNEY

Of Counsel:

                                                 s/ *Tami C. Parker*
JAMES J. GILLIGAN                                Tami C. Parker
*Special Litigation Counsel*                     *Assistant United States Attorney*
INDRANEEL SUR                                    Burnett Plaza, Suite 1700
*Trial Attorney*                                 801 Cherry Street, Unit # 4
Civil Division, Federal Programs Branch          Fort Worth, TX 76102-6882
U.S. Department of Justice                       Texas Bar No. 24003946
P.O. Box 883                                     Telephone: 817-252-5200
Washington, D.C.  20044                          Facsimile:  817-252-5458
Telephone:  202-616-8488                         E-mail: tami.parker@usdoj.gov
Facsimile:   202-616-8470
E-mail: Indraneel.Sur@usdoj.gov                  *Attorney for Defendants*

Defendants' Response in Opposition to Plaintiffs'
Summary Judgment Motion – Page 2

## CERTIFICATE OF SERVICE

On December 5, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ *Tami C. Parker*
Tami C. Parker
*Assistant United States Attorney*