UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SSCP MANAGEMENT, INC., *et al.*, § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> UNITED STATES SMALL § <br> BUSINESS ADMINISTRATION, et § <br> al., § <br> § <br> *Defendants*. § | Civil Action No. 3:22-CV-2807-X |

# **ORDER**

Pending before the Court are cross motions for summary judgment: Plaintiffs SSCP Management, Inc. and ATHR Management Company Inc.'s motion for summary judgment (Doc. 27) and Defendants Izabella Casillas Guzman and United States Business Administration's motion for summary judgment, (Doc. 29). The issue in this case concerns the legality of the Small Business Administration's decision to deny forgiveness of Plaintiffs' loans undertaken pursuant to the Paycheck Protection Program ("PPP") and the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act").

As pointed out by an amicus brief, another judge of this Court has already decided this exact issue, albeit in a different case involving different parties.[1] There, Bruckner Truck Sales, Inc., sued the SBA over its decision to deny loan forgiveness to Bruckner Truck Sales, Inc., for loans undertaken pursuant to the PPP and CARES

---

[1] *Bruckner Truck Sales, Inc. v. Guzman*, No. 2:23-CV-0097, 2023 WL 8606761 (N.D. Tex. Dec. 12, 2023) (Kacsmaryk, J.).

1

Act.[2] And here, SSCP Management, Inc., and ATHR Management Company Inc., are suing the SBA over its decision to deny loan forgiveness to Plaintiffs for loans undertaken pursuant to the PPP and CARES Act. Legally speaking, these cases are identical.

Currently, the decision from another judge in this Court is on appeal at the Fifth Circuit.[3] Because the issues in this case are identical to the previous case, the Court will wait until appellate review is complete before administering a decision in this case.

Therefore, the Court **ADMINISTRATIVELY CLOSES** this case until appellate review of the previous decision is complete. For docket tracking purposes, these motions will remain ripe on the docket for this Court's review. Once appellate review is complete, the parties are **ORDERED** to file a status report within two weeks of a decision from the Fifth Circuit Court of Appeals or Supreme Court of the United States. In the status report, the parties should discuss how to conclude this case.

**IT IS SO ORDERED** this 28th day of June, 2024.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[2] *Id.* at 1.

[3] *See Bruckner Truck Sales, Inc. v. Guzman*, No. 24-10377 (5th Cir. Apr. 20, 2024).